UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DARRYL MCGORE,

       Plaintiff,

v.

CATHERINE BAUMAN et al.,

       Defendants.

_____/

Case No. 2:17-cv-200

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: April 19, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge